UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7722

EDDIE C. WILSON, SR.,

Plaintiff - Appellant,

versus

PRISON HEALTH SERVICE, INCORPORATED; BALTIMORE
CITY DETENTION CENTER; BALTIMORE CITY BOOKING
& INTAKE CENTER,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-03-472-8-AW)

Submitted:  March 23, 2005        Decided:  April 12, 2005

Before LUTTIG, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eddie C. Wilson, Sr., Appellant Pro Se.  Donald Joseph Crawford,
ALDELMAN, SHEFF & SMITH, Rockville, Maryland; John Joseph Curran,
Jr., Attorney General, Glenn Todd Marrow, Assistant Attorney
General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eddie C. Wilson, Sr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Wilson v. Prison Health Servs., Inc.</u>, No. CA-03-472-8-AW (D. Md. Oct. 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>